# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| William Von Long<br>*Plaintiff*<br>v.<br>Keven Bradley Suggs<br>*Defendant* | )<br>)<br>)    Civil Action No.    4:18-cv-1942-RBH<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge.

Date:    September 11, 2018                        *CLERK OF COURT*

                                           s/Debbie Stokes
                                           _____
                                           *Signature of Clerk or Deputy Clerk*